IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03154-WYD-MJW

HEIDI FREEMAN,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on plaintiff, Heidi Freeman's, Notice Of Dismissal With Prejudice [ECF No. 11], filed on January 24, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney fees and costs.

    Dated: January 29, 2013.

                                           BY THE COURT:

                                           <u>/s/ Wiley Y. Daniel</u>
                                           Wiley Y. Daniel
                                           Senior U.S. District Judge